UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Otis Daniels

        v.                              Case No. 08-cv-299-SM

NH State Prison, Warden

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 8, 2009, no objection having been filed, for the reasons set forth therein.   Plaintiff's petition is hereby dismissed.

    SO ORDERED.

January 29, 2009

_____
Steven J. McAuliffe
Chief Judge

cc:    Otis Daniels, pro se